

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00498-CV

Vickie **GORDON**,
Appellant

v.

Angel **FULTON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00424
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  September 25, 2013

DISMISSED FOR LACK OF JURISDICTION; MOTION DENIED

The clerk's record in this appeal was filed on August 5, 2013. The record contains a Notice of Appeal in which appellant requests that "the judgment be reversed." However, the clerk's record does not contain a final judgment or an otherwise appealable order. Therefore, because it appeared this court lacked jurisdiction over this appeal, on August 15, 2013, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Our order cautioned appellant that failure to respond would result in this appeal being dismissed. On August 15, 2013, appellant filed an Affidavit Accompanying Motion for Permission to Appeal

in Forma Pauperis ("the motion"). But, appellant did not respond to our show cause order on the issue of this court's jurisdiction. Because we conclude that we lack jurisdiction over this appeal, we dismiss the appeal and deny the motion as moot.

PER CURIAM